## In re FLANIGAN'S ENTERPRISES, INC., Debtor.

### Bankruptcy No. 85–02594–BKC–AJC.

United States Bankruptcy Court, S.D. Florida.

Dec. 30, 1988.

Dexter Lehtinen, U.S. Atty., Miami, Fla., Jose F. de Leon, Trial Atty., Tax Div., U.S. Dept. of Justice, Washington, D.C. for the I.R.S.

Irving M. Wolff, Holland & Knight, Miami, Fla. for Creditor's Committee.

Jeffrey Kastner, Pembroke Pines, Fla.

## ORDER ON REMAND

A. JAY CRISTOL, Bankruptcy Judge.

This matter was remanded by the "Order Dismissing Appeals as Moot and Remand" entered by United States District Judge William J. Zloch on September 9, 1988. In accordance with the order of the District Court, it is hereby

ORDERED as follows:

1. The order dated June 10, 1987 and published at *In re Flanigan's Enterprises, Inc.*, 75 B.R. 446 (Bankr.S.D.Fla.1987), is VACATED as moot.

2. The claim of the United States for Internal Revenue taxes is allowed as follows:

| Kind of Tax | Period | Tax Due | Interest to 11/04/85 | Total |
|---|---|---|---|---|
| Income | 9/30/73 | $ 27,522.00 | $ 28,703.67 | $ 56,225.67 |
| Income | 9/0/75 | 107,185.00 | 81,824.37 | 189,009.37 |
| Income | 9/30/76 | –0– | 33,599.08 | 33,599.08 |
| Income | 9/30/77 | 219,292.00 | 231,766.03 | 451,058.03 |
| Income | 9/30/78 | 93,049.00 | 82,060.88 | 175,109.88 |
| Income | 9/30/80 | 412,851.00 | 322,137.30 | 734,988.30 |
| Income | 9/30/81 | 4,701.00 | 3,273.84 | 7,974.84 |
| Income | 9/30/82 | (3,466.00) | (1,483.09) | (4,949.09) |
| Income | 9/30/83 | 60,798.00 | 14,773.81 | 75,571.81 |
| Excise | 10/1/85 | 84,895.82 | –0– | 84,895.82 |
| | | $1,006,827.82 | $796,655.89 | $1,803,483.71 |

3. Flanigan's Enterprises, Inc. shall receive appropriate credit in the amount of $712,888.05 with respect to the income tax liabilities set forth above.

DONE and ORDERED.